PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

FILED
06/14/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| United States District Court | District | Southern District of Indiana |
|---|---|---|

| Name: Ralph Hernandez | Prisoner No. 988362 | Case No. WVE 23-02-0094 |
|---|---|---|

Place of Confinement: Wabash Valley Correctional Facility (WVCF), 6908 S. Old US Hwy 41; P.O. Box 1111, Carlisle, Indiana 47838

2:23-cv-293-MPB-MJD

Name of Petitioner (include name under which convicted): Ralph Hernandez

Name of Respondent (authorized person having custody of petitioner): Frank Vanihel

v.

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Wabash Valley Correctional Facility, 6908 S. Old US Hwy 41; P.O. Box 1111, Carlise, IN. 47838

2. Date of Guilt determination: 2-22-2023

3. Sanctions imposed: Written Reprimand; 4 weeks of GTL Tablet Message Loss; 90 day Earned Credit time deprivation (suspended); One Credit Class Demotion;

4. Nature of rule infractions involved (all counts) Possession of Dangerous/Deadly Contraband Property; Code # A-106;

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing ☐
   (b) Full Hearing ☑

7. Did you testify at your disciplinary hearing?
   Yes ☑  No ☐   Stated that: I did Not possess a Weapon.

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☑  No ☐

1. of 4

T5

( Deadly Contraband )

9. If you did appeal, answer the following: Wabash Valley Correctional Facility,

(a) Name and title of Reviewing Authority: Warden — Frank Vanihel

(b) Result: Appeal Denide

(c) Date of result: 3-24-2023

(d) Grounds raised #1.) WVCF - Officer Gallion was searching the Maintenance Chase Area, where he found a piece of sharpened metal. The Maintenance Chase Area is a Secured Area, and can only be accessed through a locked door. ; #2.) Prisoner Hernandez and Prisoner Shawn Hill #242730 were Cell-Mates, both were charged with possession of this Contraband, and both were found guilty of this. ; #3.) Contraband Could have Been in the Chase area for Months or years. ;

(e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

Indiana Department of Corrections —

(1) Name and title of Higher Reviewing Authority: Appeal Review Officer Matthew Brown

(2) Result: Appeal Denide

(3) Date of result: 4-26-23

(4) Grounds raised: — Same As Above —

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?
Yes ☐   No ☑

11. If your answer to 10 was "yes," give the following information:
(a) (1) Name of court: N/A
(2) Nature of proceeding:
(3) Grounds raised:

2. of 4

T5

( Deadly Contraband )

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

Due Process Violation:
(A) GROUND ONE: Before I was moved into that cell # G-116, No WVCF-Officer ever checked the cell, or Chase area vent, for any Contraband items.
SUPPORTING FACTS (state *briefly* without citing cases or law) At WVCF - No cells, or Chase Area Vents, are ever search by Correctional Officers, before putting another prisoner in that cell.
Therefore, any Contraband that was left by another prisoner months or years before, could potentially be used to charge another prisoner who is completely innocent of knowing that the Contraband is there. This happens all the time at WVCF.

Due Process:
(B) GROUNT TWO: The Contraband in question in this case, was found in the Maintenance Chase Area. NOT INSIDE the Cell # G-116. Only the Officers have accessed to that Secured Area.
SUPPORTING FACTS (state *briefly* without citing cases or law) The only way anyone can have access to get inside the Maintenance Chase Area is by useing a Heavy Brass Key. The only persons who have these Heavy Brass Keys are the Correctional Officers.
Prisoner Ralph Hernandez has NO Access to the Heavy Brass Keys, or, into the Secured Maintenance Chase Area.

Due Process:
(C) GROUNT THREE: 2 Prisoners, Prisoner Ralph Hernandez, and Prisoner Shawn Hill # 242730, were Cell-Mates in G-116 Cell. Both Prisoners were charged, and found guilty of this Contraband.
SUPPORTING FACTS (state *briefly* without citing cases or law) How can Two (2) Prisoners be charged, and found guilty of One (1) piece of Contraband? The same piece of Contraband? That's EXACTly what happened here.
At WVCF, No Write-up is ever thrown-out for lack of evidence. They would rather find 2 innocent men guilty, instead of dismissing the case for lack of evidence. That's what happened here.

( Deadly Contraband )

AO 241   (Rev.5/85)

13. If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

A.) Ground One was never presented in my Administrative Appeals. ███████████████ RH
RH ████████ Only by discussing my Case With other prisoners, I found out this was happening to them as Well

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?
Yes ☐   No ☑

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

(a) At Disciplinary hearing: __N/A__

(b) At Institutional Level Appeal: __N/A__

(c) At I.D.O.C. Level Appeal: __N/A__

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

x _____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

x __5-31-2023__
       DATE

x _____
Signature of Petitioner

4. of 4

T5