UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RALPH HERNANDEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:23-cv-00293-MPB-MJD |
| ) | |
| FRANK VANIHEL, ) | |
| ) | |
| Respondent. ) | |

### FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in favor of the Respondent and against the Petitioner, Ralph Hernandez. Ralph Hernandez's Petition for a Writ of Habeas Corpus is **DENIED** and the action is **DISMISSED WITH PREJUDICE**.

Dated: December 13, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Ralph Hernandez
#988362
Wabash Valley Correctional Facility
6908 S. Old U.S. Hwy. 41
Carlisle, IN 47838